In the Matter of RIVEN FLAMENBAUM, Deceased. VORDERASIATISCHES MUSEUM, Respondent; HANNAH K. FLAMENBAUM, Appellant; ISRAEL FLAMENBAUM, Objectant-Respondent.

Submitted October 15, 2012; decided October 18, 2012

Motion by Archaeological Institute of America et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.